IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANUEL OSBURN                                                                                          PLAINTIFF

       v.                         Civil No. 4:13-cv-04119

JERRY CAMPBELL, Warden;
TINA MAXWELL, Treatment;
ROGER WISE, Manager Medical
Department; and GREGORY
WICKS, Treatment                                                                                      DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Danuel Osburn, filed this action pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

On December 17, 2013, an order (ECF No. 7) was entered directing the Plaintiff to file an amended complaint by January 8, 2014.  To date, Plaintiff has failed to respond to the Court order.  No mail has been returned as undeliverable.  Plaintiff has not communicated with the Court since he filed a motion for appointment of counsel (ECF No. 3) on November 18, 2013.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of April 2014.

                                               /s/ Barry A. Bryant          
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE