IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANUEL OSBURN                                                                                    PLAINTIFF

V.                                      Civil No.13-cv-4119

JERRY CAMPBELL, Warden;
TINA MAXWELL, Treatment;
ROGER WISE, Manger Medical
Department; and GREGORY
WICKS, Treatment                                                                               DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed April 24th, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that the above-styled case be dismissed for failure to obey the order of the Court and for failure to prosecute. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of May, 2014.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District